UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHAD ANDRE CHRISTENSEN,<br><br>        Plaintiff,<br><br>    v.<br><br>SACRAMENTO COUNTY SHERIFF'S DEPARTMENT,<br><br>        Defendant. | No.  2:25-cv-2921 SCR P<br><br><br>ORDER REGARDING EARLY STATUS CONFERENCE |

Plaintiff is incarcerated in a county correctional facility and proceeding pro se with a civil rights action under 42 U.S.C. § 1983.  By concurrent order, the undersigned screened plaintiff's complaint under 28 U.S.C. § 1915A and found service appropriate for defendants Nopolas and Sacramento County Sheriff's Department.  Because the complaint raises potentially urgent concerns regarding plaintiff's mental health status, the undersigned finds it necessary to convene an early status conference in case.

Accordingly, IT IS HEREBY ORDERED that counsel for defendants shall enter an appearance on the docket within 72 hours of either (1) waiving service of the complaint or (2) service of the complaint for the purpose of the court setting an early telephonic status conference. The undersigned will issue further instructions after the appearances are entered.

DATED: October 21, 2025

SEAN C. RIORDAN
UNITED STATES MAGISTRATE JUDGE